■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY RECENELLO, Appellant.— Appeal by defendant from an order of the County Court, Orange County, dated December 7, 1960, denying, without a hearing, his *coram nobis* application to vacate a judgment of said court, rendered June 28, 1954, convicting him, on his plea of guilty of burglary in the third degree, and sentencing him to serve a term of three to six years. The basis of defendant's application is that there were unnecessary delays in bringing him before a Magistrate and in finding an indictment against him after his arrest, and that he was advised by his assigned counsel that if he entered a plea of guilty he would receive a suspended sentence. Order affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHRIS G. REHM, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered February 28, 1958, convicting him of burglary in the third degree and grand larceny in the second degree, after a jury trial, and sentencing him to serve 5 to 10 years on the burglary count and 2½ to 5 years on the larceny count, the sentences to run consecutively. Judgment reversed on the law and the facts and a new trial ordered. In our opinion, it was prejudicial error to allow the jury to consider the defendant's withdrawn plea of guilty (*People* v. *Spitaleri*, 9 N Y 2d 168). The repeated references to such plea, which was also mentioned in the court's charge to the jury, deprived the defendant of a fair trial. We do not pass upon the other alleged errors. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARNOLD RICE, Appellant.— Appeal by defendant from an order of the County Court, Kings County, dated August 3, 1959, denying, after a hearing, his *coram nobis* application to vacate a judgment of said court, rendered June 25, 1956, convicting him, after a jury trial, of burglary in the third degree and petit larceny, and sentencing him to serve a term of 7 to 15 years on the burglary count and suspending sentence on the petit larceny count. Order affirmed. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.